# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE VICKIE LYNN MARSHALL,<br><br>Debtor.<br>_____<br><br>E. PIERCE MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>VICKIE LYNN MARSHALL,<br><br>Defendant.<br>_____<br><br>VICKIE LYNN MARSHALL,<br><br>Counterclaimant,<br><br>v.<br><br>E. PIERCE MARSHALL,<br><br>Counter-Defendant. | Case No.: SACV-01-0097 DOC<br><br>Bankruptcy No. LA 96-12510-PC<br>Adversary No. 96-1838-PC<br><br><br>JUDGMENT |

1  This Court, having received the judgment of the United States Court of Appeals for the Ninth
2  Circuit entered on March 19, 2010, and effective September 14, 2011, reversing the judgment of
3  this Court and remanding to enter judgment in favor of the Estate of E. Pierce Marshall, hereby
4  ORDERS:

    1. This Court's stay of the entry of judgment ordered on May 29, 2013 is vacated;

    2. Judgment is entered in favor of the Estate of E. Pierce Marshall against Vickie Lynn Marshall and/or her estate;

    3. Vickie Lynn Marshall and/or her estate shall take nothing on her counterclaim;

    4. This matter is dismissed with prejudice on the merits;

    5. This matter is remanded to the United States Bankruptcy Court for the Central District of California to dismiss with prejudice the underlying adversary proceeding, no. 96-1838-PC.

    6. This Court retains jurisdiction as to future hearings and decision on any sanctions.

    IT IS SO ORDERED.

DATED: July 15, 2013

                                             *David O. Carter*
                                             HON. DAVID O. CARTER
                                             UNITED STATES DISTRICT JUDGE