1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| IN RE VICKIE LYNN MARSHALL,<br><br>Debtor.<br>_____<br>E. PIERCE MARSHALL<br><br>Plaintiff,<br><br>v.<br><br>VICKIE LYNN MARSHALL,<br><br>Defendant.<br>_____<br>VICKIE LYNN MARSHALL,<br><br>Counterclaimant,<br><br>v.<br><br>E. PIERCE MARSHALL,<br><br>Counter-Defendant. | Case No.: SACV-01-0097 DOC<br><br>Bankruptcy No. LA 96-12510-PC<br>Adversary No. 96-1838-PC<br><br><br><br>JUDGMENT |

This Court, having received the judgment of the United States Court of Appeals for the Ninth Circuit entered on March 19, 2010, and effective September 14, 2011, reversing the judgment of this Court and remanding to enter judgment in favor of the Estate of E. Pierce Marshall, hereby ORDERS:

1. This Court's stay of the entry of judgment ordered on May 29, 2013 is vacated;

2. Judgment is entered in favor of the Estate of E. Pierce Marshall against Vickie Lynn Marshall and/or her estate;

3. Vickie Lynn Marshall and/or her estate shall take nothing on her counterclaim;

4. This matter is dismissed with prejudice on the merits;

5. This matter is remanded to the United States Bankruptcy Court for the Central District of California to dismiss with prejudice the underlying adversary proceeding, no. 96-1838-PC.

6. This Court retains jurisdiction as to future hearings and decision on any sanctions.

IT IS SO ORDERED.

DATED: July 15, 2013

_David O. Carter_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE